**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 410 MAL 2021
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
LISA SMITH, :
:
Petitioner :

## ORDER

**PER CURIAM**

 **AND NOW**, this 15th day of December, 2021, the Petition for Allowance of Appeal is **GRANTED LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

(1) Whether the Superior Court erred in affirming the trial court's admission of the statement of Petitioner's co-defendant in violation of this Court's precedent interpreting *Bruton v. United States*, 391 U.S. 123 (1968), specifically *Commonwealth v. Rainey*, 928 A.2d 216 (Pa. 2007) and *Commonwealth v. Johnson*, 378 A.2d 859 (Pa. 1977)?